The Dry Goods Alliance, Inc., Appellant, *v.* Percival
G. Stewart, Defendant, and American Surety Company of New York, Respondent.

(Argued April 29, 1936; decided May 19, 1936.)

*Joseph Lorenz* and *Paul B. Carroll* for appellant.

*L. H. Surbeck, W. W. Owens* and *A. E. Stewart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.